## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ROBERT EDWIN MAYS**                                        **PLAINTIFF**

**V.**                          **CASE NO. 4:11CV00613 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                           **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Robert Edwin Mays.

DATED this 6th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE